UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

- against -

STEPHEN BARKER,

          Defendant.

- - - - - - - - - - - - - - - -X

FINAL ~~PRELIMINARY~~ ORDER
OF FORFEITURE

02 CR 767 (S-2) (ADS)

WHEREAS, in the Forfeiture Allegation of the Superseding Indictment (the "Indictment") in the above-captioned case, the United States sought forfeiture of property of the defendant STEPHEN BARKER (the "Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1), as property constituting or derived from proceeds traceable to the offenses alleged in the Indictment; and

WHEREAS, on February 17, 2006, Defendant STEPHEN BARKER was convicted on Counts One and Seven of the Indictment, which charged him with violations of 18 U.S.C. §§ 371 and 1956(h); and

WHEREAS, Defendant STEPHEN BARKER has waived his right to a jury trial on the forfeiture allegation of the Indictment; and

WHEREAS, Defendant STEPHEN BARKER has agreed to entry of a forfeiture money judgment in the amount of $274,825.57.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The United States is hereby authorized to forfeit all right, title and interest of defendant STEPHEN BARKER in United States currency in the amount of $274,825.57; and such property is hereby forfeited to the United States for disposition in accordance with law, pursuant to the provisions of 18 U.S.C. § 981(a)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. In accordance with Fed. R. Crim. P. 32.2(b)(3), the government is hereby authorized to conduct any discovery necessary to help identify, locate or dispose of any and all properties necessary to satisfy the forfeiture judgment against the defendant, and to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and the rights of third parties.

3. This preliminary order of forfeiture shall become part of the Defendant's sentence and shall be included in the judgment.

4. The Clerk of the Court is directed to send, by inter-office mail, four certified copies of this executed Preliminary Order to Assistant United States Attorney Kevin P.

Mulry, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

Dated: Central Islip, New York
       May **17**, 2008

/s/ Arthur D. Spatt
HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE